# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ALEJANDRO TOMAS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **BAYERISCHE MOTOREN** ) <br> **WERKE AG, ET AL.** ) <br> ) <br> **Defendants.** ) | **Civil Action Number** <br> **5:17-cv-01664-AKK** |

## ORDER

Having been informed that the parties have resolved this case, the court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.  The court shall retain jurisdiction over the parties until **April 29, 2019** for the purpose of enforcing the parties' settlement agreement.  Accordingly, the Joint Motion to Amend the Scheduling Order, doc. 40, is **DENIED** as moot.

The court further **ORDERS** that the parties shall submit a formal stipulation of dismissal by **April 29, 2019**.  Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 27th day of March, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE