FILED

2019 Apr-30  AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ALEJANDRO TOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action Number** |
| | ) | **5:17-cv-01664-AKK** |
| **BAYERISCHE MOTOREN** | ) | |
| **WERKE AG, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Consistent with the parties' Stipulation of Dismissal, the court's order of March 27, 2019, doc. 41, is **REVISED** to reflect that this action is now **DISMISSED WITH PREJUDICE**.  The parties bear their own costs.

**DONE** the 30th day of April, 2019.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE